IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TAMEA UTSEY                                                                                    PLAINTIFF

VS.                              4:07CV00073 WRW/JTR

MAYBELLINE NEW YORK                                                              DEFENDANT

## ORDER

On April 10, 2007, the Court appointed Marie Bernard Miller to represent Plaintiff in this action. (Docket entry #23.) However, Ms. Miller is on the recusal list of the United States District Judge assigned to this case. Thus, the Court will remove Ms. Miller and appoint new counsel.

IT IS THEREFORE ORDERED THAT:

1. Ms. Miller is hereby removed as Plaintiff's attorney of record in this case.

2. George H. Bailey, Regions Center, 400 West Capitol Avenue, Suite 1700, Little Rock, AR 72201, (501) 372-4209 , is APPOINTED to represent Plaintiff in this action.

3. The Clerk is directed to send Mr. Bailey a copy of this Order, Local Rule 83.7, and *In the Matter of the Rescission of General Order 35* (March 15, 2007). If Mr. Bailey is unable to obtain the remainder of the file from CM/ECF, he should contact Judge Ray's Chambers at 501-604-5230, and a copy of the file, or any portion thereof, will be provided to him free of charge.

Dated this 11th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE