## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TAMEA UTSEY**                                                                                                **PLAINTIFF**

**v.**                                                   **4:07-CV-00073-WRW**

**MAYBELLINE NEW YORK,** *et al.*                                                **DEFENDANTS**

### ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 39). The Motion is GRANTED, and the case is dismissed with prejudice. Each party must pay its own fees, costs, and expenses.

IT IS SO ORDERED this 28th day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE